NORTH CAROLINA          VERIFICATION

I, MATTHEW MICHEL FREDERICK being first duly sworn, deposes and says that I am the Plaintiff in this action; that I have read the foregoing Compliant and that the same is true of my own knowledge except as to those matters and things therein stated upon information and belief, and as to those I believe them to be true.

_Matthew M. Frederick_
MATTHEW MICHEL FREDERICK
Plaintiff

Sworn to and subscribed before me
this 6th day of August, 2024.

_Zeidy Bebe Jaen_
Notary Public
My commission expires: 3-1-2028

Zeidy Bebe Jaen
NOTARY PUBLIC
Wake County, NC